LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774


Attorney for Defendant,
JESUS TAMAYO TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS TAMAYAO TAMAYO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-S-05-113-LKK <br><br> **STIPULATION TO CONTINUE SENTENCING DATE AND DISCLOSURE SCHEDULE; ORDER** |

THE PARTIES TO THIS ACTION, JESUS TAMAYO TAMAYO, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Mary Grad, hereby stipulate and request this Court continue the sentencing date scheduled in this matter on September 26, 2006, at 9:30 a.m. to November 14, 2006, at 9:30 a.m. The reason for this continuance, which is made at the request of the defense, is to allow defense counsel sufficient time to conduct and complete investigation of issues she deems pertinent to the sentence in this matter.

-1-

The parties further request this Court adopt the following schedule for disclosure of and objections to the Pre-Sentence Report:

Sentencing Motions and Motions to Correct PSR:		November 7, 2006

Filing and Disclosure of PSR to Court and parties:		October 31, 2006

Counsel's written objections to PSR to Probation:		October 24, 2006

Proposed PSR disclosed to parties:				October 10, 2006

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

DATED:  August 11, 2006        _____/s/_____
LINDSAY ANNE WESTON
Counsel for Defendant Tamayo

                                  /s/
DATED:  August 11, 2006        _____
MARY GRAD
Counsel for Plaintiff
United States of America

## ORDER

GOOD CAUSE APPEARING, the sentencing is continued to November 14, 2006, at 9:30 a.m. and the above disclosure schedule is adopted.

DATED:  August 23, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT