LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant,
JESUS TAMAYO TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR-S-05-113-LKK** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE AND DISCLOSURE SCHEDULE; ORDER** |
| v. | |
| JESUS TAMAYO TAMAYO, | |
| Defendant. | |

THE PARTIES TO THIS ACTION, JESUS TAMAYO TAMAYO, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Robert Twiss, hereby stipulate and request this Court continue the sentencing date scheduled in this matter on November 14, 2006, at 9:30 a.m. to January 23, 2007, at 9:30 a.m.

This is the second request for a continuance which is made by the defense. It is to allow defense counsel additional time to conduct and complete investigation of issues she deems pertinent to the sentence in this matter, more

-1-

PDF created with pdfFactory trial version www.pdffactory.com

specifically, information supporting undersigned defense counsel's opinion that defendant suffers acquired cognitive dysfunction/brain damage. Additionally, defense counsel is unavailable on November 14, 2006, as she has oral argument in the Ninth Circuit Court of Appeals. The basis for this continuance and the proposed dates for the disclosure and objections to the pre-sentence report have been discussed with United States Probation Officer Terry Sherbondy. Undersigned defense counsel does not intend, absent unforeseen circumstances, to request any additional extensions for preparation.

The parties further request this Court adopt the following schedule for disclosure of and objections to the Pre-Sentence Report:

Sentencing Motions and Motions to Correct PSR:          January 16, 2007

Filing and Disclosure of PSR to Court and parties:          January 9, 2007

Counsel's written objections to PSR to Probation:          December 26, 2006

Proposed PSR disclosed to parties:          December 12, 2006


///////

//////

//////

//////

PDF created with pdfFactory trial version www.pdffactory.com

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

DATED:  October 11, 2006        _____/s _____
                                LINDSAY ANNE WESTON
                                Counsel for Defendant Tamayo

                                    /s/
DATED:  October 16, 2006        _____
                                ROBERT TWISS
                                Counsel for Plaintiff
                                United States of America

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the sentencing is continued to January 23, 2007, at 9:30 a.m. and the above disclosure schedule is adopted.

DATED:  October 19, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-

PDF created with pdfFactory trial version www.pdffactory.com