LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774


Attorney for Defendant,
JESUS TAMAYO TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS TAMAYO TAMAYO,<br><br>　　　　　Defendant. | ) No. CR-S-05-113-LKK<br>)<br>)<br>) **STIPULATION TO CONTINUE**<br>) **SENTENCING DATE AND**<br>) **DISCLOSURE SCHEDULE;**<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

　　　　THE PARTIES TO THIS ACTION, JESUS TAMAYO TAMAYO, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Mary Grad, hereby stipulate and request this Court continue the sentencing date scheduled in this matter on January 23, 2007, at 9:30 a.m. to March 13, 2007, at 9:30 a.m.

　　　　This is the third request for a continuance which is made by the defense. It is to allow defense counsel additional time to conduct and complete investigation of issues she deems pertinent to the sentence in this matter, more specifically,

information supporting undersigned defense counsel's opinion that defendant suffers acquired cognitive dysfunction/brain damage. Additional time is necessary to complete the neuropsychological evaluation of Mr. Tamayo. The basis for this continuance and the proposed dates for the disclosure and objections to the pre-sentence report have been discussed with United States Probation Officer Terry Sherbondy.

The parties further request this Court adopt the following schedule for disclosure of and objections to the Pre-Sentence Report:

Sentencing Motions and Motions to Correct PSR:		March 6, 2007

Filing and Disclosure of PSR to Court and parties:		February 27, 2007

Counsel's written objections to PSR to Probation:		February 20, 2007

Proposed PSR disclosed to parties:		February 6, 2007


////////

///////

///////

///////

This Stipulation is also based on all records and pleadings in this matter.

                                              Resepctfully submitted,

DATED:  November 30, 2006              _____/s _____
                                            LINDSAY ANNE WESTON
                                            Counsel for Defendant Tamayo

                                            /s/
DATED:  November 30, 2006              _____
                                            MARY GRAD
                                            Counsel for Plaintiff
                                            United States of America

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the sentencing is continued to March 13, 2007, at 9:30 a.m. and the above disclosure schedule is adopted.

DATED: December 1, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT